## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**PALLIS WILSON**                                                    **PLAINTIFF**

**V.**                                                    **NO: 3:20cv00042-MPM-JMV**

**UNITED MEDICAL RECOVERY, LLC**
**a Mississippi limited liability company**                    **DEFENDANT**

---

### ORDER STAYING CERTAIN PROCEEDINGS

---

This case is before the Court pursuant to L. U. Civ. R. 16(b)(3)(B).  Rule 16(b)(3)(B) provides:

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendant filed a motion [11] to dismiss pursuant to Rule 12(b)(2), (4) or (5) of the *Federal Rules of Civil Procedure* for improper service of process (which, consequently, raises the issue of lack of personal jurisdiction) on July 10, 2020. Accordingly, the proceedings listed above are STAYED pending a ruling on the jurisdictional motion.

**SO ORDERED THIS**, the 27th day of July, 2020.

/s/ Jane M. Virden
U.S. Magistrate Judge